**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No.  12-cr-0242-WJM-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6.  SHANA LOUISE CLAYBOURN**,

    Defendant.

---

**ORDER**

---

    This matter comes before the Court *sua sponte*.  Attorney David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C. (the "Haddon Firm"), represents Defendant Shana Louise Claybourn.  It is the Court's understanding that Attorney Jamie Hubbard is employed as an Associate Attorney with the Haddon Firm.  Ms. Hubbard was the undersigned's Career Law Clerk from May 2011 through February 2015.  Given how recently Ms. Hubbard was a law clerk in the undersigned Chambers, and in an effort to avoid even the appearance of any possible bias or prejudice on the part of the undersigned in favor of any one or more parties to this case, the Court Orders as follows:

    1.    On or before October 21, 2015, Attorney Kaplan shall file with this Court a Report summarizing in detail all steps the Haddon Firm has taken, or in the immediate future will take, to eliminate to the fullest extent practicable any grounds upon which the undersigned should reasonably consider his recusal from the sentencing of Ms. Clayborn.  The steps to be implemented by the Haddon Firm must include, at a

minimum, procedures which will preclude Ms. Hubbard from: (a) having any access to any information about this case; (b) assisting in the preparation for the upcoming sentencing hearing of Ms. Claybourn; and (c) being involved in or consulted with in regards to any tactical or strategic decision the Haddon Firm may make in the course of its remaining representation of Ms. Claybourn.

2.  Notwithstanding any Report filed by the Haddon Firm in compliance with this Order, the Government shall have until October 23, 2015 within which to suggest the appropriateness of my recusal from the sentencing of Ms. Clayborn, to include the grounds and law, if any there be, in support of such a suggestion.

Dated this 19th day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge