IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:  November 12, 2015
Court Reporter:     Gwen Daniel          Probation: Andrea Bell
                                         Time: one hour and sixteen minutes

_____

Criminal Action No. 12-cr-00242-WJM        _Counsel:_

UNITED STATES OF AMERICA,                  Kasandra Carleton

     Plaintiff,

v.

6.  SHANA LOUISE CLAYBOURN,                 David Kaplan

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:04 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Carelton

Sentencing Statement by Mr. Kaplan

**ORDERED:  There being no objection to the Government's Motion For Defendant To Receive Three-Level Decrease For Acceptance Of Responsibility Under U.S.S.G. §3E1.1(b) [1104], the motion is GRANTED**.

**ORDERED:  There being no objection to the Government's Motion to Dismiss**

1

**Remaining Counts Of The Indictment As To Defendant Shana Louise Claybourn [1105], the motion is GRANTED.  Counts One, Ten, and Eleven of the Indictment are dismissed as to this defendant only.**

The Court addresses the Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 And 18 U.S.C. § 3553(e) [1097].

Discussion/Argument

Defendant's Allocution

**ORDERED:   The Government's Motion For Downward Departure Pursuant To U.S.S.G. § 5K1.1 And 18 U.S.C. § 3553(e) [1097] is GRANTED IN PART.**

Defendant plead guilty to Count Four of the Indictment and admitted to the forfeiture allegation on October 16, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Shana Louise Claybourn, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 43 months.**

**The Court recommends that the Bureau of Prisons designate the Colorado Department of Corrections to be the place of service of this sentence, thereby making this Federal sentence concurrent with the defendant's imprisonment pursuant to the Judgments in Denver County District Court Case No. 12CR2333 as well as Jefferson County District Court Case No. 12CR1423; and that the defendant remain in State custody until she is paroled.  Thereafter, the defendant will be transitioned to Federal custody for the remainder of her sentence.**

**The Court recommends the Bureau of Prisons afford defendant the Residential Drug Abuse Program (RDAP) while in Federal custody.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release, the defendant shall not commit another**

**federal, state, or local crime, she shall not possess a firearm as defined in 18 U.S.C. § 921, and she shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   Special conditions of Supervised Release:**

**1.      The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

**ORDERED:   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of her right to appeal both her conviction and sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

12:20 p.m.     Court in Recess
               Hearing concluded